DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA  91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: dprober@pralc.com
D.087-166

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) ) ) ) | COMPLAINT ON PROMISSORY NOTES |
| vs. | ) ) | |
| BASIA M. DAVIS AKA BARBARA WHITE AKA BASIA M. WHITE AKA BARBARA M. DAVIS AKA BASIA DAVIS, | ) ) ) ) ) | STUDENT LOAN 20 U.S.C. § 1080 |
| Defendant. | ) ) | |

## FIRST CLAIM

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

1. This Court has jurisdiction under Title 20 U.S.C. § 1080, and the Defendant resides in the County of Los Angeles.

2. In consideration of a student loan, Defendant executed a promissory note ("Note 1"), a copy of which is attached hereto as **Exhibit 1** on the date set forth on Note 1.

3. Note 1 and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligation due under Note 1 according to the terms and has paid no part thereof.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

6. Pursuant to Note 1, Plaintiff is entitled to reasonable attorney's fees and costs incurred in this action, in an amount to be determined by the Court.

## SECOND CLAIM

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

7. This Court has jurisdiction under Title 20 U.S.C. § 1080, and the Defendant resides in the County of Los Angeles.

8. In consideration of a student loan, Defendant executed a promissory note ("Note 2"), a copy of which is attached hereto as **Exhibit 2** on the date set forth on Note 2.

2
Complaint

9. Note 2 and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

10. Defendant has defaulted in the payment of the obligation due under Note 2 according to the terms and has paid no part thereof.

11. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

12. Pursuant to Note 2, Plaintiff is entitled to reasonable attorney's fees and costs incurred in this action, in an amount to be determined by the Court.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1) As to Plaintiff's First Claim:

The principal amount of $8,336.53 plus interest accrued to March 30, 2015 in the sum of $15,257.11 with interest accruing thereafter at 8.00% per annum until entry of judgment; with interest thereafter at the legal rate, plus administration charges of $0.00.

2) As to Plaintiff's Second Claim:

The principal amount of $5,248.32 plus interest accrued to March 30, 2015 in the sum of $7,422.66 with interest accruing thereafter at 3.73% per annum until entry of judgment; with interest thereafter at the legal rate, plus administration charges of $0.00.

3) And upon all claims:

A. For cost incurred,

B. For Reasonable attorney's fees,

C. For such other and further relief as to the Court seems just.

Dated: March 30, 2015

By: _____
Homan Mobasser
Attorneys for Plaintiff