1 Name: Basia M. White
2 Address: 373 S. Marengo Ave.
3 Pasadena, Ca. 91101
4 Phone: 626-497-6170
5 Defendant In Pro Per

2015 MAY 13 PM 2:19

[stamp: U.S. DISTRICT COURT, CENTRAL DIST. OF CA., LOS ANGELES]

BY: [signature]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No.: 2:15-cv-02699-URC |
|---|---|
| PLAINTIFF, | |
| vs. | |
| BASIA M. DAVIS AKA BARBERA WHITE AKA BASIA M. WHITE AKA BARBERA M. DAVIS AKA BASIA DAVIS, | **DEFENDANT'S ANSWER** |
| | **JURY TRIAL DEMAND** ☐ Yes ☑ No |
| DEFENDANT(S). | |

Defendant  Basia M. White  hereby answers Plaintiff's
          *Defendant's name here*
complaint as follows:

### ANSWER TO COMPLAINT

As and for the answers to the Complaint herein,
*Insert ¶ #* the Defendant, Basia M. White, respectfully shows and alleges as follows:

1. Defendant denies the Court has jurisdiction but admits that the Defendant resides in the County of Los Angeles.

2. Defendant denies each and every allegation in paragraph 2.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation in paragraph 4 and therefore denies them.

4. Defendant denies each and every allegation in paragraph 4.

5. Defendant denies each and every allegation in paragraph 5.

6. Defendant denies each and every allegation in paragraph 6.

AS AND FOR SECOND CLAIM

7. Defendant denies the Court has jurisdiction but admits that the Defendant resides in the County of Los Angeles.

8. Defendant denies each and every allegation in paragraph 8.

9. Defendant denies each and every allegation in paragraph 9.

10. Defendant denies each and every allegation in paragraph 10.

//

| | |
|---|---|
| 1 | 11. Defendant denies each and every allegation in paragraph 11. |
| 2 | |
| 3 | 12. Defendant denies each and every allegation in paragraph 12. |
| 4 | |
| 5 | 13. As for further Answers to each and every allegation, Defendant |
| 6 | |
| 7 | attaches proof of payment in full to Plaintiff's prior attorney as Exhibit A ~~and Exhibit B.~~ |
| 8 | |

28  //

## REQUEST FOR RELIEF

WHEREFORE, the Defendant requests:

1. Dismissal of the Plaintiff's action with prejudice;
2. An order that Plaintiff shall take no relief from the complaint;
3. The costs of suit incurred herein;
4. Other: _____n/a_____

   _____; and

5. Such further relief the Court deems fair and just.

Dated: 05/03/15

Sign: *Basia White*

Print Name: Basia M. White

Defendant in Pro Per



| | | ESCROW TRUST ACCOUNT | FIRST INTERSTATE BANK OF CALIFORNIA #159 535 N. BRAND BLVD. GLENDALE, CA 91203 | No. 58712 |
|---|---|---|---|---|
| 601 East Glenoaks Blvd. Glendale, CA 91207 | (818) 500-1633 | | | |
| P.O. Box 433 Glendale, CA 91209-0433 | | 4-12123 | November 30, 95 | 16-21 / 1220 |

ESCROW NO. _____ 19 ____

PAY  SEVEN THOUSAND AND 00/100----------------------------------- DOLLARS $ ****7,000.00

TO THE ORDER OF

First Interstate Bank - Wire to:
Nationsbank of Texas, N.A.; ABA
111000025; Credit Unger & Assoc. Client
Trust Acct.; ACCT #1XXXXX4974; NOTIFY
Darla @ (214)965-8000 upon arrival

COLONIAL ESCROW, INC.
TRUST ACCOUNT

by _____

NOT NEGOTIABLE

by _____

---

601 East Glenoaks Blvd.
Glendale, CA 91207
P.O. Box 433
Glendale, CA 91209-0433    (818) 500-1633

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

No. 58712

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30/95 | OFFICER:  Donna Segobia | ****7,000.00 |
| | 4-12123 ESCROW NO.1101 | |
| | PROPERTY: 261 N. Oak Street, Pasadena | |
| | SELLER:  Federal National Mortgage Association | |
| | BUYER:  Michael White and Basia White | |
| | Authorization and instruction to wire transfer funds as above | |
| | Payment in full to Unger & Associates, per instruction | |
| | /ds | |



601 East Glenoaks Blvd. Suite 210
Glendale, CA 91207
P.O. Box 433 Glendale, CA 91209-0433
Tel: (818) 500-1833
Fax: (818) 500-0862

November 29, 1995
Donna Segobia,
Escrow Officer
Escrow No. 4-12123

Property Address: 261 N. Oak Street, Pasadena, CA 91101

The previous instructions in this escrow are hereby supplemented and/or amended in the following particulars only:

Buyer has handed Escrow holder the additional sum of $4,898.00, which escrow holder is instructed to pay to:

University Support Services
c/o Unger & Associates
P.O. Box 2990
Dallas, CA 95221-2990
ACCT. #28416

ALL OTHER TERMS AND CONDITIONS TO REMAIN THE SAME.
END INSTRUCTION

Buyer: _____
Michael White

Buyer: _____
Basia White