LODGED

2015 SEP 28 PM 3:16

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

vs.

BASIA M. DAVIS AKA BARBARA WHITE AKA WHITE BASIA AKA DAVIS

Defendant(s).

Case No.: 2:15-cv-02699 ODW-RAO

**(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION**

ORIGINAL

Having considered __DEFENDANT__'s Request,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that the Request for Extension of Time is

GRANTED. __DEFANDANT__ has __30__ days from the date
(indicate Plaintiff or Defendant)   (# of days)

of this order to file __The settelment conferance statment and attand settelment conferance__

DATED: _____   Signed: _____

Hon. _____
(insert Judge's name)

*Form prepared by Public Counsel*
*© 2011 Public Counsel.*
*All rights reserved*
*Revised: August 2011*

1
(Proposed) Order