DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: dprober@pralc.com
D.087-166

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:15-cv-02699-ODW(ROx) |
| Plaintiff, ) | **JUDGMENT ORDER** |
| vs. ) | |
| BASIA M. DAVIS AKA BARBARA ) WHITE AKA BASIA M. WHITE AKA ) BARBARA M. DAVIS AKA BASIA ) DAVIS, ) | |
| Defendant. ) | |

The Trial in the above-entitled action was held on January 26, 2016. The Court rules as follows:

IT IS ADJUDGED that the United States of America, Plaintiff, do have and recover from BASIA M. DAVIS AKA BARBARA WHITE AKA BASIA M. WHITE AKA BARBARA M. DAVIS AKA BASIA DAVIS, Principal and Interest on its first Claim in the sum of **$24,208.12;** Principal and Interest on its

second Claim in the sum of **$9,901.50;** costs in the amount of **$61.40** and attorneys fees in the amount of **$8,527.40**, for the total amount of **$42,698.42**.

This judgment is to accrue interest at the legal rate until paid.

IT IS SO ORDERED.

DATED: January 29, 2016

By:_____
Honorable Otis D. Wright II
United States District Judge